UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CINDY GATTO,

                        Plaintiff,

       -against-

PSP STORES, LLC d/b/a PET SUPPLIES "PLUS",

                        Defendant.

-------------------------------------------------------------X

Case No.: 23-CV-04283 (OEM)(LKE)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as lead attorney of record in this case for Defendant, PSP STORES, LLC d/b/a PET SUPPLIES "PLUS". Further, we request that a copy of all papers in this action be served upon their counsel at the office and electronic mail address listed below. I certify that I am admitted to practice in this Court.

Dated: Melville, New York
          November 25,025

                                                  Respectfully Submitted,

                                                  JACKSON LEWIS P.C.
                                                  *ATTORNEYS FOR DEFENDANT*
                                                  58 S. Service Road, Suite 250
                                                  Melville, New York 11747
                                                  (631) 247-0404
                                                  Elyse.Patterson@JACKSONLEWIS.COM

                               By:    /s/*Elyse L. Patterson*
                                      ELYSE L. PATTERSON

4897-0527-1932, v. 1